UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FREDERICK STAMPONE,

        Petitioner,

v.

MICHELLE LAJOYE-YOUNG et al.,

        Respondents.

_____/

Case No. 1:22-cv-328

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: May 17, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge