UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FREDERICK STAMPONE,

                Petitioner,                  Case No. 1:22-cv-328

v.                                       Honorable Paul L. Maloney

MICHELLE LAJOYE-YOUNG et al.,

                Respondents.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases because it is premature.

Dated:     __May 17, 2022_____         __/s/  Paul L. Maloney_____
                                                    Paul L. Maloney
                                                      United States District Judge